## DAVID T. McCONNELL, RESPONDENT, v. BEACH REALTY CO., APPELLANT.

Submitted February 11, 1944—Decided March 23, 1944.

For the respondent, *George T. Vickers.*

For the appellant, *Joseph J. Corn.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.